IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOE HENDERSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:19-CV-270-WKW |
| | ) [WO] |
| KARLA JONES, | ) |
| STEVEN T. MARSHALL, | ) |
| STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

# **ORDER**

On May 24, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 8.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, Petitioner's 28 U.S.C. § 2254 petition is DENIED as a successive petition, and this case is DISMISSED without prejudice for lack of jurisdiction.

A separate final judgment will be entered.

DONE this 17th day of June, 2019.

                                          /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE